**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 07-34422 |
| | : | |
| **Lynch, Carol L** | : | Chapter 7 |
| | : | |
| Debtor(s). | : | Judge Guy R Humphrey |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $106.99 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 374(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Portfolio Recovery Assoc., LLC<br>PO Box 41067<br>Norfolk, VA 23541 | 3 | $106.99 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $_____ | $106.99 |

Dated: September 19, 2011

/s/ Thomas R. Noland
Thomas R. Noland #0018239
Case Trustee
900 Fifth Third Center
1 South Main Street
Dayton, OH 45402
937. 222.1203 / 937.222.1046 fax
trustee@statmanharris.com

cc:    U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215